IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN WILLIAM YORK,

        Plaintiff,

v.

TAMELLA CARPENTER, et al.,

        Defendants.

Case No. 6:16-cv-00320-MO

ORDER

MOSMAN, District Judge.

This civil rights case comes before the court on plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#9). Plaintiff's Motion lacks a certificate of service as required by Fed. R. Civ. P. 5(a). Pursuant to Fed. R. Civ. P. 65(b)(1)(B), the court may nevertheless issue a temporary restraining order without notice to the adverse party if the applicant "certifies in writing any

1 - ORDER

efforts made to give notice and the reasons why it should not be required." As plaintiff has not done so, his Motion is denied.

### CONCLUSION

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#9) is denied.

IT IS SO ORDERED.

DATED this 13 day of April, 2016.

                                                    Michael W. Mosman
                                                    United States District Judge